UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VELEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TAMMY VANCE, FRANCISCO BOBADILLA, DEMETRIO NIEVES CORTES, HILARIO VELAZQUEZ, DOES 1-10, inclusive,<br><br>　　　　　Defendants. | No. 2:19-cv-2409-MCE-EFB PS<br><br><br>ORDER |

　　　　Plaintiff filed this action against Tammy Vance, Francisco Bobadilla, Demetrio Nieves Cortes, Hilario Velazquez, alleging violations of the Americans with Disabilities Act and the California Unruh Civil Rights Act. ECF No. 1. On April 23, 2020, plaintiff filed a motion to voluntarily dismiss this action with prejudice. ECF No. 5.

　　　　Subject to exceptions not applicable here, a plaintiff may voluntarily dismiss an action without a court order by filing:

　　　　(i)　　a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

　　　　(ii)　　a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). Before plaintiff filed his motion for voluntary dismissal, defendant

1

Tammy Vance, the only defendant to have appeared in this action, filed an answer. ECF No. 4. Therefore, this action cannot be dismissed pursuant to Rule 41(a)(1)(A)(i).

However, defendant Vance may choose to stipulate to dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii). Should defendant decline to stipulate as such, the court may dismiss this action based upon plaintiff's request, "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

Accordingly, it is ORDERED that:

1. No later than May 14, 2020, defendant Vance shall file and serve a document stipulating to dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii),[1] or otherwise respond to plaintiff's request for dismissal; and

2. The May 13, 2020 scheduling conference is vacated.

DATED: April 30, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] In the event defendant so stipulates, the court will construe the parties' filings as a stipulation of voluntary dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii).

2