UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VELEZ, | No. 2:19-cv-2409-MCE-EFB PS |
| Plaintiff, | |
| v. | ORDER |
| TAMMY VANCE, FRANCISCO BOBADILLA, DEMETRIO NIEVES CORTES, HILARIO VELAZQUEZ, DOES 1-10, inclusive, | |
| Defendants. | |

On July 31, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed July 31, 2020, are ADOPTED;

////

////

////

2. Plaintiff's request to dismiss this action with prejudice (ECF No. 5) is GRANTED; and

3. The Clerk is directed to close the case.

IT IS SO ORDERED.

Dated:  August 31, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE